PER CURIAM.

(No. 6328

MOORE BUSINESS FORMS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed May 25, 1973.*

MOORE BUSINESS FORMS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6752

MARCUS L. KOGAN, D.P.M., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed May 25, 1973.*

DR. MARCUS L. KOGAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.